**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ABDULLAH YAHYA MOHAMMED AL FAKIH,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, Acting Attorney General, Department of Justice; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; JEREMY CASEY, Warden at Imperial Regional Detention Center,

Respondents.

Case No.: 3:26-cv-04079-BTM-GC

**ORDER SETTING STATUS HEARING**

//

//

//

Abdullah Yahya Mohammed Al Fakih's order of removal became final on April 2, 2026. (ECF No. 4, at 2.) The ninety-day removal period authorized under 8 U.S.C. § 1231 concluded on July 1, 2026. A status hearing is set for August 31, 2026 at 2:00 p.m. The parties must address whether there is a significant likelihood that Al Fakih will be removed in the reasonably foreseeable future.

**IT IS SO ORDERED.**

Dated: August 18, 2026

Honorable Barry Ted Moskowitz
United States District Judge