**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ABDULLAH YAHYA MOHAMMED AL FAKIH,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, Acting Attorney General, Department of Justice; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; JEREMY CASEY, Warden at Imperial Regional Detention Center,

Respondents.

Case No.: 3:26-cv-04079-BTM-GC

**ORDER FOR STATUS REPORT AND ENJOINING REMOVAL TO THIRD COUNTRY WITHOUT NOTICE**

//

//

//

A status hearing was held on August 31, 2026. As reflected on the record, the Court orders the Respondents to submit a status report by September 14, 2026 at 12 p.m. regarding the progress of removing Abdullah Yahya Mohammed Al Fakih to a third country. It is further ordered that the Respondents are enjoined from removing Al Fakih to a third country unless he is provided with fourteen (14) days' notice prior to removal. Such notice must identify the third country.

**IT IS SO ORDERED.**

Dated: September 1, 2026

Honorable Barry Ted Moskowitz
United States District Judge