**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ABDULLAH YAHYA MOHAMMED AL FAKIH,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, Attorney General, Department of Justice; TODD M. LYONS, Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; JEREMY CASEY, Warden at Imperial Regional Detention Center,

Respondents.

Case No.: 3:26-cv-04079-BTM-GC

**ORDER SETTING AN EVIDENTIARY HEARING AND ORAL ARGUMENT**

//

//

//

Petitioner Abdullah Yahya Mohammed is a citizen of Yemen. He entered the United States on November 6, 2024, and was detained upon arrival. (ECF No. 2, at 2.) On March 3, 2026, an Immigration Judge ordered Al Fakih removed but granted withholding of removal to Yemen under the Convention Against Torture. (ECF No. 4, at 1–2.) The order of removal became final on April 2, 2026. (*Id.* at 2.) Al Fakih claims that his continued detention is unlawful and alleges that his removal is not likely. The Government contends that Al Fakih is likely to be removed to a third country, but has not identified the third country to which Al Fakih's removal is allegedly likely.

The Supreme Court in *Zadvydas v. Davis* held that a six-month period of post-removal detention constitutes a "presumptively reasonable period of detention." 533 U.S. 678, 683 (2001); *see also Clark v. Martinez*, 543 U.S. 371, 377 (2005) ("[T]he presumptive period during which the detention of an alien is reasonably necessary to effectuate his removal is six months[.]"). After the initial six months elapses, the burden shifts to the Government to show that there is a significant likelihood of removal in the reasonably foreseeable future. *Zadvydas*, 533 U.S. at 701.

Here, the six-month rebuttable presumption under *Zadvydas* will shift to the Government on October 2, 2026. An evidentiary hearing and oral argument are set on October 5, 2026, at 2:30 p.m. at which the Government will bear the burden of showing that there is a significant likelihood of removal in the reasonably foreseeable future.

**IT IS SO ORDERED.**

Dated: September 17, 2026

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge