**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ABDULLAH YAHYA MOHAMMED AL FAKIH,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, Attorney General, Department of Justice; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; JEREMY CASEY, Warden at Imperial Regional Detention Center,

Respondents.

Case No.: 3:26-cv-04079-BTM-GC

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF NO. 1]**

//

//

//

After Abdullah Yahya Mohammed Al Fakih's removal order became final on April 2, 2026, he filed a petition for the writ of habeas corpus on July 15, 2025. (ECF No. 1.) He argued that he must be released from custody because "there is no significant likelihood of removal in the reasonably foreseeable future." (*Id.* at 2 (quoting *Zadvydas v. Davis*, 533 U.S. 678 (2001)).)

The Respondents have filed an amended response to Al Fakih's petition. (ECF No. 12.) The Respondents "acknowledge that Petitioner is entitled to be released from custody subject to conditions of supervision." (*Id.* at 2.) The Respondents do not contend that Al Fakih is a danger or a flight risk. Because the Respondents do not contest Al Fakih's claim that there is not a significant likelihood of removal in the reasonably foreseeable future or Al Fakih's requested remedy of release, the Court orders Al Fakih's release.

The petition for a writ of habeas corpus is **GRANTED** on Al Fakih's claim and the writ is **ISSUED**. The Respondents shall immediately release Al Fakih from custody, subject to reasonable conditions of release pursuant to 8 U.S.C. § 1231(a). *See* 8 U.S.C. § 1231(a)(3); 8 C.F.R. § 241.13(h)(1). The parties shall file a statement as to the satisfaction of the writ by October 5, 2026, at 5 p.m. The Court retains jurisdiction to enforce the writ.

The evidentiary hearing set for October 5, 2026, is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 2, 2026

Honorable Barry Ted Moskowitz
United States District Judge